UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,                                                **ORDER**

                              Plaintiffs,                          19 Civ. 11562 (PGG)

              - against -

DECKERS OUTDOOR CORP.,

                              Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

            On April 23, 2020, Judge Woods granted the defendant's motion to

dismiss in a case presenting substantially the same legal issues. See Dominguez v.

Banana Republic, LLC, 1:19-cv-10171-GHW, 2020 WL 1950496 (S.D.N.Y. Apr. 23,

2020).  The plaintiff in that case has appealed, and the Second Circuit recently issued an

order consolidating this appeal with several similar appeals, and confirming that an

expedited briefing schedule will apply.  See June 24, 2020 Order (Dkt. No. 32),

Dominguez v. Banana Republic, LLC, No. 20-1559 (2d. Cir. 2020).

            Accordingly, it is hereby ordered that this action is stayed pending

resolution of the appeals in the Banana Republic and consolidated cases. Defendant's

motion to dismiss is denied without prejudice to renewal once the appeals are resolved.

            The parties are directed to file a joint status letter by September 1, 2020, or

within seven days of a Second Circuit opinion, whichever occurs first.  The Clerk of the

Court is directed to terminate the motion (Dkt. No. 25).

Dated:  New York, New York
            June 24, 2020

                                                SO ORDERED.

                                                _____
                                                Paul G. Gardephe
                                                United States District Judge